```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE: JIMMY E SMITH SR.              )
                                      )
M&T Mortgage Corporation,             )
          Creditor,                   )
                                      )
   vs.                                ) CASE NO. 11-29912
                                      ) JUDGE Pamela S. Hollis
JIMMY E SMITH SR.,                    )
          Debtor                      )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes M&T Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the January 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of December 19, 2011:

   If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice M&T Mortgage Corporation rights to collect these amounts will be unaffected.

                                      Respectfully Submitted,
                                      M&T Mortgage Corporation

                                      /s/Yanick Polycarpe
                                      Yanick Polycarpe
                                      ARDC#6237892
                                      Pierce and Associates, P.C.
                                      1 North Dearborn
                                      Suite 1300
                                      Chicago, Illinois 60602
                                      (312)346-9088